IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

BECTON, DICKINSON AND COMPANY *

      Plaintiff, *

      v. * Civil Action No: JFM 00 CV 3607

H. SCOTT LEFKO, et al. *

      Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion to Expedite Discovery, it is, this 13TH day of December, 2000, hereby ORDERED, that the Motion is granted, and that the parties may commence discovery immediately. In addition, Defendants shall serve answers to Plaintiff's First Set of Interrogatories on or before December 16TH, 2000.

_____
United States District Court Judge