IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BECTON, DICKINSON AND COMPANY *

    Plaintiff, *

v.                          *     Civil Action No. JFM-00-3607

H. SCOTT LEFKO, et al. *

    Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*

## STIPULATED PRELIMINARY INJUNCTION

The parties, by and through their undersigned counsel, hereby stipulate to the following preliminary injunction pending trial on the merits of this action:

1. H. Scott Lefko and Margaret A. Lefko ("Defendants") and any other person in active concert or participation with them who receive notice of this injunction, shall be and the same hereby are enjoined from transferring, selling, exchanging, donating, pledging, hypothecating, converting, trading, liquidating, or destroying any assets (including without limitation cash, securities, stocks, bonds, municipal bonds, mutual funds, bank accounts, money market accounts, certificates of deposit, and any other form of real or personal property) in which they have an ownership interest, whether legal or equitable.

2. Notwithstanding the restrictions set forth in Paragraph 1 above, Defendants may transfer assets for their ordinary and necessary personal living expenses (and their attorneys' fees) from their regular checking account with FCNB Bank but not to exceed $6,400 per month. The exception set forth in this Paragraph is expressly conditioned upon the Defendants depositing all revenues and other sources of

monies they receive (for their own benefit or any entity for which they have any financial interest) from any other person or entity into that same checking account.

3    Plaintiff shall have two (2) business days from receipt by its counsel to respond to Defendants' application to transfer assets for any reason other than that authorized by Paragraph 2. In the event Plaintiff objects to Defendants' proposed transfer, the parties shall attempt in good faith to resolve such objection to their mutual satisfaction. Failing such resolution, Defendants may apply to the Court for an exception. Defendants shall be enjoined from making a transfer until such time as Plaintiff waives its objection or the Court permits such transfer.

4    This Injunction shall become effective immediately and shall remain in full force and effect until the trial on the merits of this action, and it shall supercede the Temporary Restraining Order previously entered in this action on December 13, 2000.

_____
Patrick J. Stewart, # 09919
Peter S. Saucier, # 03522
Kollman & Sheehan, P.A.
Sun Life Building, 8th Floor
20 S. Charles Street
Baltimore, MD 21201
(410) 727-4300
Counsel for Plaintiff

_____
Thomas E Hickman
16 N. Court Street
Westminster, MD 21157
(410) 876-2330
Counsel for Defendants

It is so ORDERED this 20th day of December, 2000.

_____
United States District Court Judge