# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MARYLAND

BECTON, DICKINSON AND COMPANY *

    Plaintiff, *

v.                             *      Civil Action No: JFM-00-3607

H. SCOTT LEFKO, et al.     *

    Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of Plaintiff's Motion for Default Judgment, it is this ___ day of February, 2001, hereby:

ORDERED, that the Motion is granted, and it is further

ORDERED, that the Defendants are held liable to Plaintiff for the damages it incurred from Defendants' unlawful conduct as alleged in the Verified Complaint, and it is further

ORDERED, that the Clerk shall enter judgment as to liability in favor of Plaintiffs and against Defendants, and it is further

ORDERED, that the Plaintiff shall submit to the Court not later than __2/25__, 2001, evidence of the damages it suffered as a result of Defendants' unlawful actions.

                                               _____
                                               United States District Court Judge

MICROFILMED

7