IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MARYLAND

BECTON, DICKINSON AND COMPANY *

    Plaintiff, *

v. * Civil Action No: JFM-00-3607

H. SCOTT LEFKO, et al. *

    Defendants. *

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

Upon consideration of the Stipulated Motion for Remittance of Cash Bond on Temporary Restraining Order, it is this _2nd_ day of ~~February~~ March, 2001 hereby:

ORDERED that the Motion is hereby GRANTED, and it is further

ORDERED that the Clerk shall return the Cash Bond to counsel for the Plaintiff.

_____
United States District Court Judge