IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BECTON, DICKINSON AND COMPANY | * | |
| | * | |
| v. | * | Civil No. JFM-00-3607 |
| | * | |
| SCOTT LEFKO, ET AL. | * | |
| | ***** | |

MEMORANDUM

On February 7, 2001, this court entered a default judgment as to liability issues. Defendants have filed a motion to set aside that judgment. In that motion and supporting memoranda, they have not shown that they have a meritorious defense.

Plaintiff has filed a memorandum and supporting papers in support of its claim for damages. Defendants have not effectively contested the presentation made by plaintiff in any way. According to the papers submitted by plaintiff, it is entitled to judgment against defendants in the amount of $175,074.36.

On March 7, 2001, this court held a short hearing (by telephone conference call). Nothing was said during that hearing that would support setting aside the default judgment or contradicts plaintiff's evidence that it is entitled to judgment in the amount of $175,074.36. Plaintiff's counsel indicated during the hearing that plaintiff would not press for prejudgment interest.

Accordingly, defendants' motion to set aside default judgment will be denied and judgment will be entered in favor of plaintiff in the amount of $175,074.36. A separate order to that effect is being entered herewith.

Date: March 8, 2001

J. Frederick Motz
United States District Judge