IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BECTON, DICKINSON AND COMPANY *
\*
v. * Civil No. JFM-00-3607
\*
SCOTT LEFKO, ET AL. *
\*\*\*\*\*

ORDER

For the reasons stated in the memorandum entered herewith, it is, this 8th day of March 2001

ORDERED

1. Defendants' motion to set aside default judgment is denied; and

2. Judgment is entered in favor of plaintiff against defendants in the amount of $175,074.36.

_____
J. Frederick Motz
United States District Judge