IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

BECTON, DICKINSON AND COMPANY   *

        Plaintiff,                       *

v.                                     *      Civil Action No. JFM-00-3607

H. SCOTT LEFKO, et al.

        Defendants.

\*    \*    \*    \*    \*    \*    \*

### NOTICE OF SATISFACTION OF JUDGMENT

Please take notice that Becton Dickinson and Company, the judgment creditor in the above-captioned case, hereby certifies that the judgment entered by this Court on March 8, 2001, in favor of Becton Dickinson and Company and against H. Scott Lefko and Margaret A. Lefko is fully satisfied and should be recorded as such by the Clerk.

                                              Respectfully submitted,

                                              _/s/_____
                                              Patrick J. Stewart
                                              Kollman & Saucier, P.A.
                                              20 S. Charles Street, 8th Floor
                                              Baltimore, Maryland 21201-3225
                                              (410) 727-4300
                                              Counsel for Plaintiff

[FILED stamp: MAY 17 2005, CLERK U.S. DISTRICT COURT, DISTRICT OF MARYLAND, BY _____ DEPUTY]

## CERTIFICATE OF SERVICE

HEREBY CERTIFY that on this 16th day of May, 2005, a copy of the foregoing Notice of Satisfaction of Judgment was sent via first class mail, postage prepaid, to Samantha Smith, Esquire, 16 N. Court Street, Westminster, MD 21157, attorney for Defendants.

_____
Patrick J. Stewart